# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## AT BECKLEY

GREENBRIER HOTEL CORPORATION, et al.,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 5:23-cv-00731

CARTER BANK & TRUST, et al.,

    Defendants.

## ORDER

Pending is Defendants Motion for Bifurcated Rule 12 Briefing [Doc. 12], filed November 20, 2023. Plaintiffs do not oppose bifurcation. [Doc. 15 at 2].

Accordingly, the Court **GRANTS** Defendants' Motion for Bifurcated Rule 12 Briefing. [**Doc. 12**]. Remaining motion practice and a decision on Plaintiffs' Corrected Motion to Provisionally Seal Portions of the Complaint Pending Court Review [Doc. 5], is stayed pending adjudication of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction [Docs. 16, 17] and Motion to Transfer Venue [Docs. 18, 20].

The Clerk is **DIRECTED** to send a copy of this written opinion and order to counsel of record and to any unrepresented party.

        ENTER:　　　January 17, 2024

*Frank W. Volk*
Frank W. Volk
United States District Judge