CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

June 13, 2024

LAURA A. AUSTIN, CLERK
BY  KRISTIN AYERSMAN
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| GREENBRIER HOTEL CORPORATION et al., | ) <br> ) <br> ) Case No. 4:24-cv-020 <br> ) <br> ) By:  Michael F. Urbanski <br> ) Chief United States District Judge <br> ) <br> ) <br> ) <br> ) |
| Plaintiffs, | |
| v. | |
| CARTER BANK & TRUST et al., | |
| Defendants. | |

### ORDER

On April 24, 2024, this case was transferred to this court from the Southern District of West Virginia. See Mem. Op. & Order, ECF No. 39. Six weeks have passed, but not one of the 17 plaintiffs in this case has entered an appearance in this court. Accordingly, plaintiffs are **ORDERED** to have counsel notice an appearance in this court within 20 days of this order or to show cause as to why this case should not be dismissed for failure to prosecute.

It is **SO ORDERED**.

Entered: June 11, 2024

Michael F. Urbanski
Chief United States District Judge