IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GREENBRIER HOTEL, CORPORATION, et al., | ) ) ) |
| V. | ) Case No. 4:24cv0020 |
| | ) |
| CARTER BANK & TRUST et al.<br>    Defendants. | ) ) ) |

## NOTICE OF APPEARANCE

Anthony F. Anderson hereby gives notice to this Court and to the Defendants that he is entering an appearance as counsel in the above-captioned case for all Plaintiffs, including Greenbrier Hotel Corporation, James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc., Justice Low Seam Mining, Inc., Players Club, LLC, Justice Family Group, LLC, Greenbrier Medical Institute, LLC, Greenbrier Golf & Tennis Club Corporation, The Greenbrier Sporting Club Development Co., Inc., The Greenbrier Sporting Club, Inc., Tams Management, Inc., Bellwood Corporation, Oakhurst Club, LLC., James C. Justice II, Cathy L. Justice, and James C. Justice, III.

1

Respectfully submitted,
Greenbrier Hotel Corporation, et al.

By: /s/ *Anthony F. Anderson*
Anthony F. Anderson
VA State Bar #21345
Anderson Legal
P.O. Box 1525
Roanoke, Virginia 24007
(540)982-1525
(540)982-1539 (fax)
afa@afalaw.com
Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that this 17th day of June, 2024, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/*Anthony F. Anderson*
Counsel for Defendant

2