**UNITED STATES DISTRICT COURT**
Western District of Virginia
**OFFICE OF THE CLERK**
Laura A. Austin, Clerk

**June 24, 2024**

**Re:  Greenbrier Hotel Corporation, et al, v. Carter Bank & Trust, et al; 4:24CV00020**

Dear Counsel:

This case has been assigned to Chief United States District Judge Michael F. Urbanski.

I am contacting you for the purpose of setting up a scheduling conference with Judge Urbanski by Zoom, pursuant to Rule 16(b)(1)(B) of the Federal Rules of Civil Procedure.  At this scheduling conference, please be prepared to discuss the case to date, and select a trial date.  A pretrial scheduling order will be entered following this conference.

Currently, Judge Urbanski has the following dates and times available to hold this conference/hearing:

| | |
|---|---|
| July 22 | 2pm, 2:30pm, 3pm |
| July 23 | same |
| July 24 | 10:30am, 11am, 11:30am |
| September 9 | 11am, 11:30am |
| September 11 | 9am, 9:30am |

**Please confer and have one party contact me at kristina@vawd.uscourts.gov, with your selection**.  I will send your Zoom invitation for the hearing once I get your date and time.

Thank you,

s/ Kristin Ayersman

Courtroom Deputy
(kristina@vawd.uscourts.gov or (540) 857-5153)

cc:  All Counsel
     Electronic File